UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO CHAVEZ-MENDOZA,<br><br>Defendant. | NO. CR-03-2019-RHW<br><br>**ORDER GRANTING MOTION FOR ORDER DISMISSING INDICTMENT** |

Before the Court is the Government's Motion for Order Dismissing Indictment (Ct. Rec. 2). The Government asks pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure that the Court dismiss the Indictment in the above-captioned case in the interest of justice.

Accordingly, IT **IS HEREBY ORDERED:**

1. The Government's Motion for Order Dismissing Indictment (Ct. Rec. 2) is **GRANTED**.

2. The Indictment in the above-captioned case is **DISMISSED** with prejudice.

///
///
///
///
///

**ORDER GRANTING MOTION FOR ORDER DISMISSING INDICTMENT ~ 1**

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The District Court Executive is directed to enter this |
| 2 | Order and to provide copies to counsel. |
| 3 | **DATED** this 4th day of June, 2007. |
| 4 | *s/ Robert H. Whaley* |
| 5 | ROBERT H. WHALEY<br>Chief United States District Judge |

Q:\CRIMINAL\2003\chavez-mendoza.gil.dismiss_mtd.wpd

**ORDER GRANTING MOTION FOR ORDER DISMISSING INDICTMENT ~ 2**